FILED
John E. Triplett, Acting Clerk
United States District Court
By casbell at 4:22 pm, Sep 22, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RYAN GUSTAFSON, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-87 |
| | * | |
| v. | * | |
| | * | |
| LINDA GETER, | * | |
| | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Petitioner Ryan Gustafson ("Gustafson") did not file Objections to this Report and Recommendation. In fact, the Report and Recommendation sent to Gustafson at his last known address was returned to the Court as undeliverable. Dkt. No. 6.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Gustafson's 28 U.S.C. § 2241 Petition for failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

AO 72A
(Rev. 8/82)

dismissal, and **DENIES** Gustafson *in forma pauperis* status on appeal.

    **SO ORDERED**, this 22 day of September, 2020.

                  HON. LISA GODBEY WOOD, JUDGE
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF GEORGIA